In the Matter of the Will of FREDERICK K. JAMES, Deceased.
BURTON W. JAMES, Appellant; JULIA WEBBER et al.,
Respondents.

Argued November 18, 1941; decided January 8, 1942.

*James F. Donnelly, James Dempsey* and *Mitchell W. Alexander* for appellant.

*John E. Mack* for respondents.

Order affirmed, with costs to each party filing a brief payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.